## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Milavetz, Gallop & Milavetz, P.A., | Civ. No. 12-CV-00875 (SRN/JJG) |
| Plaintiff, | |
| vs. | **WELLS FARGO'S MOTION FOR PARTIAL DISMISSAL** |
| Wells Fargo Bank, N.A., | |
| Defendant. | |

PLEASE TAKE NOTICE that Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), hereby moves the Court for an order partially dismissing Plaintiff's First Amended Complaint.

This motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7.1(b) of the Local Rules of the United States District Court for the District of Minnesota, and is based upon Wells Fargo's Memorandum of Law in Support of Its Motion For Partial Dismissal, the Affidavit of Richard T. Thomson, the exhibits thereto, and all the files, records, and proceedings herein.

Dated:  May 15, 2012
s/ Richard T. Thomson
Richard T. Thomson (#109538)
Amy L. Schwartz (#0339350)
Lapp, Libra, Thomson, Stoebner & Pusch, Chtd.
120 South Sixth Street, Suite 2500
Minneapolis, MN  55402
Telephone:  (612) 338-5815
Fax:  (612) 338-6651
rthomson@lapplibra.com
aschwartz@lapplibra.com

Attorneys for Defendant Wells Fargo Bank, N.A.