AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Milavetz, Gallop & Milavetz, P.A.

V.

Wells Fargo Bank, N.A.

**JUDGMENT IN A CIVIL CASE**

Case Number:  12-cv-00875-MJD-JJG

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above-captioned matter is hereby dismissed with prejudice and on the merits, without costs to any party.

|  |  |
|---|---|
| May 27, 2014 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/L. Brennan |
|  | (By)  L. Brennan,  Deputy Clerk |